IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNNIE F. WILLIAMS,**<br><br>                                        Petitioner,<br><br>         v.<br><br>**RONALD RACKLEY, Warden,**<br><br>                                        Respondent. | Case No. 2:16-cv-2288 KJN P<br><br>**ORDER** |

   Respondent filed a motion for extension of time in which to file a response to the petition for writ of habeas corpus.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. Respondent's motion for extension of time (ECF No. 8) is granted; and

   2. Respondent's response to the petition for writ of habeas corpus shall be filed on or before March 8, 2017.

Dated:  February 8, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/will2288.eot