UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE F. WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>RONALD RACKLEY, Warden,<br><br>Respondent. | No. 2:16-cv-2288 KJN P<br><br><br><br>ORDER TO SHOW CAUSE |

Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On March 7, 2017, respondent filed a motion to dismiss this action on the grounds that it was filed beyond the one-year statute of limitations. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's motion to dismiss should not be granted.

Dated: April 14, 2017

/will2288.46h

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1